

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-17-00369-CR**
**NO. 02-17-00370-CR**

GABRIEL P. SALAS        APPELLANT

V.

THE STATE OF TEXAS        STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY
TRIAL COURT NO. 1513701D, 1489242D

------------

## ORDER

------------

We have considered the "Motion to Extend Time to File Pro se Response" filed by appellant Gabriel P. Salas, pro se.

The motion is **GRANTED**. The appellant's pro se response is ordered due in this court **Friday, January 12, 2018**.

The clerk of this court is directed to transmit a copy of this order to the appellant and attorneys of record.

DATED December 21, 2017.

PER CURIAM